UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00288-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE JAVIER JUAREZ-ESCOBEDO, a/k/a Javier Humberto Antona-Almanza,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, August 13, 2012,** and responses to these motions shall be filed by **Monday, August 27, 2012.** It is

    FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date. It is

    FURTHER ORDERED that a two-day jury trial is set for **Monday, September 10, 2012, at 9:00 a.m. in courtroom A-1002.**

    Dated: July 23, 2012.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL
                                        CHIEF U. S. DISTRICT JUDGE